No. 78–1824. In re Schulman. C. A. 6th Cir. Certiorari denied.

No. 78–1825. Liberty Life Insurance Co. v. United States. C. A. 4th Cir. Certiorari denied.

No. 78–1826. Resetar v. State Board of Education of Maryland et al. Ct. App. Md. Certiorari denied.

No. 78–1827. Moore v. Moore. Ct. App. D. C. Certiorari denied.

No. 78–1829. Mike et al. v. Sigma Nu Fraternity et al. Ct. App. Ind. Certiorari denied.

No. 78–1830. Iampieri v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 78–1831. Hesston Corp. v. Deere & Co. C. A. 10th Cir. Certiorari denied.

No. 78–1834. Muñiz et al. v. South Puerto Rico Sugar Corp. et al. Super. Ct. P. R., Ponce Sec. Certiorari denied.

No. 78–1835. Wold v. Wold et al. C. A. 7th Cir. Certiorari denied.

No. 78–1837. Ellis et al. v. United States. C. A. 3d Cir. Certiorari denied.

No. 78–1842. Goldman v. Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Goldman v. Meredith, Chief Judge, U. S. District Court, et al. C. A. 8th Cir. Certiorari denied. Reported below: 593 F. 2d 129 (first case); 596 F. 2d 1353 (second case).

No. 78–1843. Schonwald v. New Jersey. Super. Ct. N. J. Certiorari denied.